# Order

**Michigan Supreme Court**
**Lansing, Michigan**

May 21, 2012

144403

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
          Plaintiff-Appellee,

v                                                       SC: 144403
                                                        COA: 298234
                                                        Wayne CC: 10-000963-FH
RUSSELL FRANK VALLEAU,
          Defendant-Appellant.

_____/

On order of the Court, the application for leave to appeal the November 22, 2011 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

May 21, 2012

_____
Clerk

p0514